STATE OF NEW JERSEY v. HOUSTON ANDERSON, JR.

February 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS BATES.

February 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS WEST.

February 15, 1977. Petition for certification denied. (See 145 *N. J. Super.* 226)

STATE OF NEW JERSEY v. GEORGE MERRITT, JR.

February 15, 1977. Petition for certification denied.

JOHN P. VAN KIRK v. E. BRUCE WETZEL.

February 15, 1977. Petition for certification denied.

JOSEPH M. BOYD v. DIRECTOR, DIV. OF TAXATION.

February 15, 1977. Petition for certification denied.